# UNITED STATES DISTRICT COURT
for the

U.S Right of way Authority S.4017
Reading Company
IBRAHIM ALI
*Plaintiff/Petitioner*

v.

Government of District of Columbia
a corporation and third party
a corporation
*Defendant/Respondent*

Case: 1:21-cv-00045
Assigned To : Unassigned
Assign. Date : 1/4/2021
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED Mail Room

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: United States Department of Transportation/U.S Right of way Authority S.4017 Reading Company 40 Massachusetts Ave NW, Washington DC 20002

My gross pay or wages are: $ 00 , and my take-home pay or wages are: $ 00 per

*(specify pay period)* 00 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 00.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

Reading company title Land and title deed of the set corporation at question and other related property under the Holding Company Penn Central Corporation

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

No

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

My Son support 00 in supporting my country united states first without any payment

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): for ever to defend the flag

No

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/30/2020

Applicant's signature

IBRAHIM ALY
Printed name